# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAIME LOPEZ

**FILED**
July 12, 2007
JUL 1 2 2007
July 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

**WARRANT FOR ARREST**

CASE NUMBER: 07CR 0265

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____JAIME LOPEZ____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  ■ Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with  (brief description of offense)

that on or about 1/19/2006, at Chicago, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, JAIME LOPEZ, Defendant herein, did move and travel in interstate commerce to avoid confinement for the Illinois felony of possession of a controlled substance, in violation of Title 18, United States Code, Section 1073.

in violation of Title __18__ United States Code, Section(s) __1073__

____MARTIN C. ASHMAN____
Name of Issuing Officer

_[signature]_ Martin C. Ashman
Signature of Issuing Officer

(By) Deputy Clerk

United States Magistrate Judge
Title of Issuing Officer

May 1, 2007    Chicago, Illinois
Date and Location

NORTHERN DIST. OF IL.
ADMINISTRATIVE SECTION
2007 MAY -1 PM 3:11
RECEIVED
UNITED STATES MARSHAL

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED<br>5/1/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Complaint / Warrant<br>Dismissed By | SIGNATURE OF ARRESTING OFFICER<br>Court Order |
| DATE OF ARREST<br>7/11/07 | | |